IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. | |
| | ) | |
| v. | ) (Judge         ) | |
| | ) | |
| KEVIN WILLIAM SMALL | ) | |

FILED
HARRISBURG
APR 1 4 2006
MARY E. D'ANDREA
Per _____
        Deputy Clerk

## MOTION FOR THE COURT TO ISSUE A WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

**NOW COMES** Thomas A. Marino, United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the Court:

1. That there is now pending in this Court and undisposed of a certain criminal case charging the said **KEVIN WILLIAM SMALL, INMATE NO. BS1970**, with violations of 18 U.S.C. §§ 287 / 1341.

2. That the said **KEVIN WILLIAM SMALL, INMATE NO. BS1970** is now in the custody of the Superintendent of **SCI FAYETTE, EAST MILLSBORO, PA**.

**WHEREFORE**, on behalf of the United States of America, the said Thomas A. Marino, United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus ad prosequendum to have the said **KEVIN WILLIAM SMALL, INMATE NO. BS1970** before the United States District Court for the Middle District of Pennsylvania at the United States Courthouse, 228 Walnut Street, Harrisburg, Pennsylvania, on _____, 2006 at _____ ____.m. for an Initial Appearance.

*Christy H. Fawcett*
CHRISTY H. FAWCETT
Assistant U.S. Attorney
P.O. Box 11754
Harrisburg, PA 17108

Date: ___04/12/2006___

Phone: (717) 221-4482
Fax: (717) 221-4493
Christy.Fawcett@usdoj.gov