DEFENDANT'S
TRIAL EXHIBIT LIST

JUDGE ___Christopher C. Conner___

CASE NO. _____ 1:06-CR-00139

| Pltf. | Deft. | Description of Object or Item | Ident. | Evid. | Ruling | Witness |
|---|---|---|---|---|---|---|
| | 201 | Sworn Affidavit from Mumit Muhammad | | | | |
| | 202 | Letter from Defendant to Muhammad Asking that He Stop Using Defendant's Name | | | | |
| | 203 | Letter from Defendant 5/6/03 to Muhammad | | | | |
| | 204 | Letter from Defendant dated 4/8/04 to Muhammad | | | | |
| | (205) | Letter to IRS dated 11/21/04 | 2/7/07 | 2/8/07 | aden | Kevin William Small |
| | (206) | Envelope to IRS for 2002 William K. Small Return | 2/7/07 my gov't | 2/8/07 by gov't | adan | Kevin William Small |
| | 207 | Envelope to IRS for 2003 William K. Small Return | | | | |
| | 208 | Envelope to IRS for 2004 William K. Small Return | | | | |
| | 209 | Envelope to IRS for 2004 Lester A. Small Return | | | | |
| | 210 | Authorized Telephone List from Prison | | | | |
| | (211) | "Prisoner's Guide to Financial Freedom" | 2/7/07 | 2/8/07 | adem | Mu'Mit Muhammad |

FILED
HARRISBURG
FEB 08 2007
MARY E. D'ANDREA, CLERK
Per_____ CLERK

Page 1 of 2

(JUDGE CONNER)

DEFENDANT'S
NCA EXHIBIT LIST

Case Name: _USA v. Kevin William Smalls_
Case Number: _1:06-cr-0139_

Page ___ of ___

| Plaintiff | Defendant | Description of Item | Identified | Ruling | Evidence | Witness |
|---|---|---|---|---|---|---|
| | GOV'T'S Ex #74 | Ltr to Travellers House / Reconnex data 5/2/05 | 4/5/07 | | | Robert McArdle |
| | 212 | Deft's Copy and Phone text | 2/6/07 | adm | 2/6/07 | John K. Reading, IRS-DC |
| | 213 | List of Deft's Phone Calls 9/1/03 - 9/2/05 | 2/6/07 | adm | | John K. Reading, IRS-DC |
| | GOV'T'S Ex #91 | E-mail Correspondence from John Reading | 2/6/07 | | | John K. Reading, IRS-DC |
| | GOV'T'S Ex #81 | Wells from IRS re: Balance Due April 1995 | 2/6/07 | | | Christopher Regennas, IRS |
| | GOV'T'S Ex #77 | Envelope w/ 2003 1725 forms, etc. | 2/6/07 | | | Christopher Regennas, IRS |
| | GOV'T'S Ex #50 | Correspondence w/ Whit Records | 2/6/07 | | | Christopher Regennas, IRS |
| | GOV'T'S Ex #82 | IMF MCC Transcript Complete Information Smalls - 111 9/05 | 2/6/07 | | | Christopher Regennas, IRS |
| | 214 | Letter to IRS Attorney from Kevin Smalls 12/16/05 | 2/6/07 | adm | 2/6/07 | Christopher Regennas, IRS |
| | 201 | Affidavit of Mr. Mitt Muhammad | 2/7/07 | adm | 2/6/07 | By Counsel |
| | 215 | American Bulletin - Newspaper | 2/7/07 | adm | 2/8/07 | Mr. Mitt Muhammad |
| | 216 | Letter by Deft Kevin Smalls to William J. Rose, DOJ-PA | 2/7/07 | adm | 2/8/07 | Kevin William Smalls |

appeal purposes only

§ Page 2 of 2