FILED
HARRISBURG
FEB 0 8 2007
MARY E. D'ANDREA, CLERK
Per _____

# GOVERNMENT'S LIST OF EXHIBITS

## UNITED STATES v. KEVIN WILLIAM SMALL

JUDGE CONNER     CR. NO. 1:CR-06-139

MIDDLE DISTRICT OF PENNSYLVANIA     DATE: FEBRUARY 5, 2007

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| ① | | 2002 IRS FORM 1040 EZ FOR WILLIAM K. SMALL | 2/5/07 | 2/5/07 | adm | Paul Crowley, IRS agent |
| | 1A | CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS FOR THE TAX YEAR 2002 | [scribbled] | | | |
| ② | | 2003 IRS FORM 1040 FOR KEVIN WM. SMALL | 2/5/07 | 2/5/07 | adm | Paul Crowley, IRS agent |
| | 2A | CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS FOR THE TAX YEAR 2003 | [scribbled] | | | |
| ③ | | 2003 IRS FORM 1040 FOR LESTER SMALL | 2/5/07 | 2/5/07 | adm | Paul Crowley, IRS agent |
| ④ | | 2004 IRS FORM 1040 FOR KEVIN W. SMALL | 2/5/07 | 2/5/07 | adm | Paul Crowley, IRS agent |
| | 4A | CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS FOR THE TAX YEAR 2004 | | | | |

GOVERNMENT'S LIST OF EXHIBITS

UNITED STATES v. KEVIN WILLIAM SMALL   CR. NO. 1:CR-06-139

JUDGE CONNER

MIDDLE DISTRICT OF PENNSYLVANIA   DATE: FEBRUARY 5, 2007

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 5 | | LETTER FROM SMALL ADDRESSED TO PHILADELPHIA OFFICE CONCERNING A REFUND NOT ISSUED | 2/5/07 | 2/5/07 | adm | Paul Crowley, IRS Agent |
| 6 | | LETTER FROM SMALL ADDRESSED TO RAIVS TEAM 105, S/E 135 CONCERNING A REFUND NOT ISSUED | 2/5/07 | 2/5/07 | adm | Paul Crowley, IRS Agent |
| 7 | | LETTER FROM SMALL ADDRESSED TO IRS CONCERNING PRIOR CORRESPONDENCE WITH THE IRS | 2/5/07 | 2/5/07 | adm | Paul Crowley, IRS Agent |
| 8 | | CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS FOR THE TAX YEAR 1995 | 2/5/07 | 2/5/07 | adm | Paul Crowley, IRS Agent |
| 9 | | BLANK | | | | |
| 10 | | BLANK | | | | |
| 11 | | BLANK | | | | |

GOVERNMENT'S LIST OF EXHIBITS

UNITED STATES v. KEVIN WILLIAM SMALL   CR. NO.   1:CR-06-139

JUDGE CONNER

MIDDLE DISTRICT OF PENNSYLVANIA   DATE: FEBRUARY 5, 2007

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 20 | | APPLICATION FOR ACCOUNT FOR KEVIN SMALL AND ACCOUNT INFORMATION FOR ACCOUNT NUMBER 2000338887 | 2/5/07 | 2/5/07 | adm | R. Peter Lester |
| 21 | | HISTORY FOR ACCOUNT NUMBER 2000338887 | 2/5/07 | 2/5/07 | adm | R. Peter Lester |
| 22 | | LETTER FROM SOMERSET TRUST COMPANY DATED MARCH 7, 2005 | 2/5/07 | 2/5/07 | adm | R. Peter Lester |
| 23 | | BANK ACCOUNT INFORMATION FOR WILLIAM KEVIN SMALL - ACCOUNT NUMBER 0013021303 | 2/5/07 | 2/5/07 | adm | Robert M. Lavelle |
| 24 | | BANK ACCOUNT INFORMATION FOR LESTER A. SMALL - ACCOUNT NUMBER 0013021458 | 2/5/07 | 2/5/07 | adm | Robert M. Lavelle |
| 25 | | BANK STATEMENT FOR ACCOUNT NUMBER 13021303 DATED MARCH 31, 2004 | 2/5/07 | 2/5/07 | adm | Robert M. Lavelle |
| 26 | | ACCOUNT CARD FOR ACCOUNT NUMBER 001321303 IN THE NAME OF WILLIAM KEVIN SMALL | 2/5/07 | 2/5/07 | adm | Robert M. Lavelle |

# GOVERNMENT'S LIST OF EXHIBITS

## UNITED STATES v. KEVIN WILLIAM SMALL

JUDGE CONNER

MIDDLE DISTRICT OF PENNSYLVANIA

CR. NO. 1:CR-06-139

DATE: FEBRUARY 5, 2007

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 27 | | ACCOUNT INFORMATION FOR ACCOUNT NUMBER 00-13021303 DATED JANUARY 26, 2004 | | | | |
| (28) | | DEPOSIT SLIP AND ENVELOP ADDRESSED TO DWELLING HOUSE SAVINGS AND LOAN ASSOCIATION | 2/5/07 | 2/5/07 | adm | Robert M. Lavelle |
| (29) | | DWELLING HOUSE INFORMATION LETTER FOR PRISONERS ONLY | 2/5/07 | 2/5/07 | adm | Robert M. Lavelle |
| (30) | | INTERNAL BANK LETTER DATED MAY 13, 2005 | 2/5/07 | 2/5/07 | adm | Theresa A. Lowman |
| (31) | | LETTER TO MS. LOWMAN FROM WILLIAM KEVIN SMALL DATED MARCH 10, 2005 | 2/5/07 | 2/5/07 | adm | Theresa A. Lowman |
| (32) | | APPLICATION FOR NEW PERSONAL ACCOUNT(S) OR EXISTING PERSONAL ACCOUNT UPDATE | 2/5/07 | 2/5/07 | adm | Theresa A. Lowman |

JUDGE CONNER      CR. NO. 1:CR-06-139

MIDDLE DISTRICT OF PENNSYLVANIA      DATE: FEBRUARY 5, 2007

GOVERNMENT'S LIST OF EXHIBITS

UNITED STATES v. KEVIN WILLIAM SMALL

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 33 | | COPY OF RETAIL ACCOUNT AGREEMENT FOR ACCOUNT NUMBER 155004928 | 2/5/07 | 2/5/07 | adm | Theresa G. Lowman |
| 34 | | LETTER TO MR. AND MRS. SMALL FROM TERESA LOWMAN DATED JANUARY 26, 2004 | 2/5/07 | 2/5/07 | adm | Theresa G. Lowman |
| 35 | | BLANK ACCOUNT APPLICATIONS | 2/6/07 | 2/6/07 | adm | Christopher Kegerreis, IRS |
| 36 | | COMPLETED ACCOUNT APPLICATION | 2/6/07 | 2/6/07 | adm | Christopher Kegerreis, IRS |
| 37 | | STATEMENT OF ACCOUNTS FOR WILLIAM K. SMALL OR LESTER A. SMALL | 2/5/07 | 2/5/07 | adm | Theresa G. Lowman |
| 38 | | CORRESPONDENCE FROM IRS DATED NOVEMBER 1, 2004 TAKEN FROM SMALL'S CELL | 2/6/07 | adm | 2/6/07 | John W. Readng, LPADOC |
| 39 | | COPY OF LETTER TO T.D. WATERHOUSE DATED MARCH 8, 2005 | 2/6/07 | adm | 2/6/07 | John W. Readng, LPADOC |

# GOVERNMENT'S LIST OF EXHIBITS

## UNITED STATES v. KEVIN WILLIAM SMALL

JUDGE CONNER

MIDDLE DISTRICT OF PENNSYLVANIA

CR. NO.   1:CR-06-139

DATE: FEBRUARY 5, 2007

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 40 | | COPY OF LETTER TO HAGERSTOWN TRUST DATED MARCH 10, 2005 | 2/5/07 | 2/5/07 | adm | Theresa O. Forman |
| 41 | | COPY OF LETTER TO DWELLING HOUSE DATED FEBRUARY 16, 2005 | 2/6/07 | adm | 2/6/07 | John N. Reading, Jr. PA DOC |
| 42 | | COPY OF LETTER TO SOMERSET TRUST DATED FEBRUARY 14, 2005 | 2/6/07 | adm | 2/6/07 | John N. Reading, Jr. PA DOC |
| 43 | | COPY OF LETTER AND APPLICATION TO USA ALLIANCE FEDERAL CREDIT UNION DATED DECEMBER 28, 2004 | 2/6/07 | adm | 2/6/07 | John N. Reading, Jr. PA DOC |
| 44 | | COPY OF LETTER TO EASTERN DISTRIBUTION CENTER DATED FEBRUARY 18, 2005 | 2/6/07 | adm | 2/6/07 | John N. Reading, Jr. PA DOC |

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. KEVIN WILLIAM SMALL**

JUDGE CONNER  CR. NO. 1:CR-06-139

MIDDLE DISTRICT OF PENNSYLVANIA  DATE: FEBRUARY 5, 2007

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 45 | | COPY OF LETTER TO IRS DISTRIBUTION CENTER DATED FEBRUARY 19, 2005 | 2/6/07 | adm | 2/6/07 | John N. Reading, Lt. PA DOC |
| 46 | | COPY OF LETTER TO THE EASTERN DISTRIBUTION CENTER DATED MARCH 12, 2005 | 2/6/07 | adm | 2/6/07 | John N. Reading, Lt. PA DOC |
| 47 | | COPY OF IRS FORMS AND INSTRUCTIONS FOR THE TAX YEAR 2004 THAT WERE SENT TO SMALL | 2/6/07 | adm | 2/6/07 | John N. Reading, Lt. PA DOC |
| 48 | | CORRESPONDENCE FROM IRS DATED MAY 16, 2005 | 2/6/07 | adm | 2/6/07 | John N. Reading, Lt. PA DOC |
| 49 | | COPY OF LETTER TO THE PENNSYLVANIA DEPARTMENT OF REVENUE DATED MARCH 8, 2005 | 2/6/07 | adm | 2/6/07 | John N. Reading, Lt. PA DOC |
| 50 | | COPY OF LETTER TO THE EMBASSY OF THE BAHAMAS DATED FEBRUARY 21, 2005 | 2/6/07 | adm | 2/6/07 | John N. Reading, Lt. PA DOC |
| 51 | | COPY OF LETTER TO THE DEPARTMENT OF STATE DATED FEBRUARY 23, 2005 | 2/6/07 | adm | 2/6/07 | John N. Reading, Lt. PA DOC |

# GOVERNMENT'S LIST OF EXHIBITS

## UNITED STATES v. KEVIN WILLIAM SMALL

JUDGE CONNER  
MIDDLE DISTRICT OF PENNSYLVANIA  
CR. NO. 1:CR-06-139  
DATE: FEBRUARY 5, 2007

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|------|-----|-------------------------------|------------|----------|--------|------------------|
| 52 | | COPY OF LETTER TO THE SOCIAL SECURITY ADMINISTRATION DATED FEBRUARY 23, 2005 | 2/6/07 | adm | 2/6/07 | John H. Reading, Lt. PA DOC |
| 53 | | COPY OF LETTER TO THE DEPARTMENT OF MOTOR VEHICLES DATED MARCH 8, 2005 | 2/6/07 | adm | 2/6/07 | John H. Reading, Lt. PA DOC |
| 54 | | COPY OF LETTER TO CORPORATE BUREAU DATED MARCH 8, 2005 | 2/6/07 | adm | 2/6/07 | John H. Reading, Lt. PA DOC |
| 55 | | COPY OF LETTER TO THE EMBASSY DATED FEBRUARY 21, 2005 | 2/6/07 | adm | 2/6/07 | John H. Reading, Lt. PA DOC |
| 56 | | CORRESPONDENCE WITH VITAL RECORDS | 2/6/07 by Deft | | | Christopher Kegerreis, IRS agent |
| 57 | | COPY OF LETTER TO PRIMEDIA DATED FEBRUARY 22, 2005 | 2/6/07 | adm | 2/6/07 | John H. Reading, Lt. PA DOC |
| 58 | | COPY OF LETTER TO INVESTOR RELATIONS FOR KMART CORP. DATED FEBRUARY 21, 2005 | 2/6/07 | adm | 2/6/07 | John H. Reading, Lt. PA DOC |

**GOVERNMENT'S LIST OF EXHIBITS**

<u>UNITED STATES v. KEVIN WILLIAM SMALL</u>

JUDGE CONNER

MIDDLE DISTRICT OF PENNSYLVANIA

CR. NO.   1:CR-06-139

DATE: FEBRUARY 5, 2007

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| (59) | | COPY OF LETTER TO INVESTOR RELATIONS FOR SEARS ROEBUCK AND CO. DATED FEBRUARY 21, 2005 | 2/6/07 | adm | 2/6/07 | John N. Reading, Lt. PADOC |
| 60 | | COPY OF LETTER TO INVESTOR RELATIONS FOR MAY DEPARTMENT STORES CO. DATED FEBRUARY 21, 2005 | | | | |
| (61) | | COPY OF LETTER TO INVESTOR RELATIONS FOR JC PENNEY CO. DATED FEBRUARY 21, 2005 | 2/6/07 | adm | 2/6/07 | John N. Reading, Lt. PADOC |
| 62 | | COPY OF LETTER TO INVESTOR RELATIONS FOR FEDERATED DEPARTMENT STORES DATED FEBRUARY 21, 2005 | | | | |
| (63) | | COPY OF LETTER TO INVESTOR RELATIONS FOR DILLARD'S DATED FEBRUARY 21, 2005 | 2/6/07 | adm | 2/6/07 | John N. Reading, Lt. PADOC |
| 64 | | COPY OF LETTER TO INVESTOR RELATIONS FOR SERVICE MERCHANDISE CO., INC. DATED FEBRUARY 21, 2005 | | | | |

**GOVERNMENT'S LIST OF EXHIBITS**

<u>UNITED STATES v. KEVIN WILLIAM SMALL</u>

JUDGE CONNER     CR. NO. 1:CR-06-139

MIDDLE DISTRICT OF PENNSYLVANIA     DATE: FEBRUARY 5, 2007

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 65 | | COPY OF LETTER TO AMERICAN DIAMOND INDUSTRY ASSOCIATION DATED MARCH 8, 2005 | | | | |
| 66 | | COPY OF LETTER TO MS. RUDENE SMALL | | | | |
| 67 | | LETTER TO SMALL FROM TIHYRA MOHAMMAD TAKEN FROM SMALL'S CELL | 2/6/07 | | | John W. Reading, Lt. PADOC |
| 68 | | IRS FORMS RELATING TO SOCIAL SECURITY NUMBERS THAT WERE TAKEN FROM SMALL'S CELL | 2/6/07 | adm | 2/6/07 | John W. Reading, Lt. PADOC |
| 69 | | IRS FORM INSTRUCTIONS FOR THE TAX YEAR 2003 THAT WERE TAKEN FROM SMALL'S CELL | 2/6/07 | adm | 2/6/07 | John W. Reading, Lt. PADOC |
| 70 | | HAND WRITTEN NOTE TAKEN FROM SMALL'S CELL | 2/6/07 | adm | 2/6/07 | John W. Reading, Lt. PADOC |
| 71 | | BROKERAGE ACCOUNT TRANSFER FORM INSTRUCTIONS FROM PERSHING LLC TAKEN FROM SMALL'S CELL | 2/6/07 | adm | 2/6/07 | John W. Reading, Lt. PADOC |

GOVERNMENT'S LIST OF EXHIBITS

UNITED STATES v. KEVIN WILLIAM SMALL

JUDGE CONNER   CR. NO. 1:CR-06-139

MIDDLE DISTRICT OF PENNSYLVANIA   DATE: FEBRUARY 5, 2007

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 72 | | SPECIAL MANAGEMENT UNIT REFERRAL FORM DATED MARCH 25, 2003 | | | | |
| 73 | | PENNSYLVANIA DEPARTMENT OF CORRECTIONS INMATE QUERY, MISCONDUCTS, AND SEPARATIONS | | | | |
| (74) | | GREEN COLORED MEAD NOTEBOOK | 2/6/07 | 2/6/07 | adm | Christopher Kegerreis, IRS |
| (75) | | DOCUMENT CONTAINING THE LABELS: PHASE I, II, III, AND IV | 2/6/07 | 2/6/07 | adm | Christopher Kegerreis, IRS |
| (76) | | INMATE'S REQUEST TO STAFF MEMBER DATED MARCH 7, 2005 | 2/6/07 | 2/6/07 | adm | Christopher Kegerreis, IRS |
| 77 | | ENVELOPE CONTAINING 2003 IRS FORMS W-2, W-3, AND INSTRUCTIONS | 2/6/07 not offered | | | Christopher Kegerreis, IRS |

GOVERNMENT'S LIST OF EXHIBITS

UNITED STATES v. KEVIN WILLIAM SMALL

JUDGE CONNER               CR. NO.   1:CR-06-139

MIDDLE DISTRICT OF PENNSYLVANIA       DATE: FEBRUARY 5, 2007

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 78 | | ENVELOPE CONTAINING 2005 IRS FORMS W-2, W-3, INSTRUCTIONS, QUALITY TYPING SERVICES SUBMITTAL FORM, PRICE LIST, AND THREE HANDWRITTEN PAGES | 2/6/07 | 2/6/07 | adm | Christopher Kazerreni, IRS agent |
| 79 | | LETTER TO DWELLING HOUSE WITH RESPONSE DATED MAY 2, 2005 | 2/5/07 by defense | 2/6/07 | adm | Robert M. Zwelle |
| 80 | | SOCIAL SECURITY STATEMENT FOR WILLIAM K. SMALL | 2/6/07 | 2/6/07 | adm | Christopher Kazerreni, IRS agent |
| 81 | | NOTICE FROM IRS CONCERNING BALANCE DUE FROM 1995, DATED SEPTEMBER 29, 2003 | 2/6/07 by defense | | | Christopher Kazerreni, IRS agent |
| 82 | | IMF MCC TRANSCRIPT-COMPLETE FOR KEVIN WILLIAM SMALL DATED NOVEMBER 9, 2005 | 2/6/07 by defense | | | Christopher Kazerreni, IRS agent |
| 83 | | LETTER FROM IRS CONCERNING SMALL'S 2004 INCOME TAX REFUND | 2/6/07 | 2/6/07 | adm | Christopher Kazerreni, IRS agent |

# GOVERNMENT'S LIST OF EXHIBITS

## UNITED STATES v. KEVIN WILLIAM SMALL

JUDGE CONNER  CR. NO.  1:CR-06-139

MIDDLE DISTRICT OF PENNSYLVANIA  DATE: FEBRUARY 5, 2007

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| (84) | | LETTER FROM IRS DATED NOVEMBER 15, 2005 WITH ATTACHED TAX RETURN LISTINGS FOR 2003 AND 2004 FOR SMALL | 2/6/07 | 2/6/07 | adm | Christopher Kegerreis, IRS agent |
| 85 | | TD WATERHOUSE BLANK ACCOUNT APPLICATION | | | | |
| 86 | | T. ROWE PRICE BLANK ACCOUNT APPLICATION | | | | |
| (87) | | LETTER ABOUT RONALD GRIESACKER DATED APRIL 8, 2005 | 2/6/07 | 2/6/07 | adm | Christopher Kegerreis, IRS agent |
| 88 | | ARTICLE TITLED "TATTLER'S TALE" | | | | |
| 89 | | IRS FORM 4506-T REQUEST FOR TRANSCRIPT OF TAX RETURN | | | | |

GOVERNMENT'S LIST OF EXHIBITS

UNITED STATES v. KEVIN WILLIAM SMALL         CR. NO. 1:CR-06-139

JUDGE CONNER                                 DATE: FEBRUARY 5, 2007

MIDDLE DISTRICT OF PENNSYLVANIA

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 90 | | PAGE FROM IRS INSTRUCTIONS ENTITLED "WHERE DO YOU FILE?" | | | | |
| 91 | | E-MAIL CORRESPONDENCE ORIGINATING FROM JOHN READING | 2/6/07 by Deft's cnsl | | | John N. Reading Jr. PADOC |
| 92 | | SUMMARY OF EVIDENCE PERTAINING TO KEVIN WILLIAM SMALL | 2/6/07 | 2/6/07 | adm | Christopher Vizzerra IRS agent |
| 93 | | SUMMARY OF CLAIMS SUBMITTED TO THE INTERNAL REVENUE SERVICE | 2/6/07 | 2/6/07 | adm | Christopher Vizzerra, IRS Agent |
| 94 | | Exemplar of Fingerprints | 2/6/07 | adm | 2/6/07 | Thomas J. Carr, PSP Corp. |
| 95 | | "Lots" handwritten envelope wrapped w/string from Deft's cell | 2/6/07 | adm | 2/6/07 | John Reading, Lt. PADOC |
| 96 | | Evidence (also Exhibit Board) | 2/6/07 | adm | 2/6/07 | Christopher Vizzerra IRS agent |
| | #201 | Affidavit of Mu'Mitt Muhammad | 2/7/07 | | | Mu'Mitt Muhammad |
| 97 | | Envelope to IRS from Kevin Small 963 | 2/7/07 | 2/8/07 | adm | Mu'Mitt Muhammad |
| 98 | | Certified Original IRS filings Nicole Wagner 2005 | 2/7/07 | 2/8/07 | adm | Kevin William Small |
| 99 | | Transcript of Deft's Tax Returns 2001 | 2/7/07 | 2/8/07 | adm | Kevin William Small |