Mr. Kevin Small #BS-1970
S.C.I.Fayette
P.O.Box 9999
LaBelle, PA. 15450

June 1, 2007

FILED
HARRISBURG, PA

JUN 0 7 /0(

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

RE: U.S.v. Kevin Small Dkt.# 1:06-CR-00139

Dear Judge Conner,

    Several weeks ago I wrote you to express some concerns about me not being able to participate in my pre-sentence report, and I also expressed my concerns to Ms. Frances Regan, the probation officer who was assigned to compile it, because it was thought that for some reason or another that I didn't want to participate in the report. That allegation was untrue, and Ms. Regan made a telephone call to the prison and had a conference call with myself and my attorney Thomas Thornton, of the federal public defenders office.

    Sir, this is a very serious part of the sentencing phase and I don't feel it was appropiate to conduct it over the telephone with eight prison staff members present. There were several very important items in which I wanted to discuss with Ms. Regan that I didn't feel comfortable talking about in front of these indivisuals because it was of a sensitive nature.

    Moreover, I wanted to provide Ms. Regan with a more accurate view of myself because I felt the report she compiled using information compiled some twenty (20) years ago or more could in no way provide or assist the Court at the sentencing phase.

    The report includes but not limited to a paragraph that states I am boarder line mentally retarted and suffer from some type of mental disorder, and just that small extraction demostrates that this report can't belied upon on accurate in any way. I am in no way boarder line mentally retarder.

1

I understand that perhaps Ms. Regan might not want to make the three (3) hour long trip to the prison to see me and complete the report, but something has to be done. This proceeding is far to important to just brush over it like just another day at the office. There are documents I like to show Ms. Regan. She speaks extensively about my drug addiction in the report but she neglects to state even briefly anything about the treatment I received and took the measures to relieve myself from those substances.

Overall, I feel the report is one sided and biased towards me and can in no way provide the Court with any assistance at my sentencing as it stands now. Even when we had the telephone conference on May 21, 2007, we spoke for about five or ten minutes and nothing was achieved during that time because all she did was reiterate the same stale information from the report, and there was nothing I could do because of all the interference by the prison staff, so I found myself uncomfortable in the conversation because I couldn't relay the information to Ms. Regan I felt was important.

In closing, I would like to speak with Ms. Regan in a setting where I can speak freely. I understand that her schedule has to mesh with Mr. Thornton's but if Mr. Thornton isn't available that's fine with me because this meeting doesn't require any legal items so we can work on her schedule. Also, it may be noted that if they Court or the U.S.A.G.'s office doesn't have any objections we can postpone the report until late July when I'll be transfered to S.C.I. Coal Tonwship about an hour away from Harrisburg and we can do the report when I get there. It's totally up to her, but I'd like to bring this to a close as soon as possible. Thank you for your time, and I look forward to your response at your earliest convenience.

Sincerely,

Kevin Small #BS-1970

2

Kevin Small                  # _____    BS-1970
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

INMATE MAIL
DEPT. OF CORRECTIONS




02 1A
0004620013    $ 00.41⁰
MAILED FROM ZIP CODE 15450   JUN 01 2007

United States District Court
For The Middle District
c/o The Honorable Christopher C. Conner
Courtroom #2 Ninth Fl.
Federal Bldg.
Third & Walnut Streets
Harrisburg, PA. 17101

17101$6959

INMATE MAIL - DEPARTMENT OF CORRECTIONS