Kevin William Small
#JH-4226
SCI Huntingdon
1100 Pike Street
Huntingdon, PA. 16654



August 1, 2011

Re: United States v. Kevin Willian Small
    Case No.# 1:06-CR-00139
  Dear Clerk of Courts,
I recently filed two (2) Petitions, the first on was an amendment to my Habeas Corpus 2255 Petition, and the second Petition I filed was a Motion to Request an Expedited Hearing which was filed several weeks ago. My concern was that I never received conformation of either filing.

I'm concerned because when I filed my original Habeas Corpus ñ 2255 your office inadvertently said the Petition was never filed leaving me to petition the court to receive a document statement. Mistakes happen. Nevertheless, these Petitions are time sensitive and I need a docketing statement. I requested one when I filed both Petitions but never heard from your office. If an inmate filing pro-se isn't allowed to receive conformation that his Petitions are indeed being filed then please advise me if I have to Petition the court for a Docketing Statement every time I file a Petition.

However, if I do not have to Petition the Court every time then would you please send me a copy of the docketing statement pertaining to the case referenced above.

I really appreciate your time and consideration in this matter.

Very truly yours,
Kevin William Small
Petitioner/Defendant

Name KEVIN WILLIAM SMALL
Number JH-4226

1100 Pike Street

Huntingdon, PA 16654-1112

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS



02 1M
000800
MAILED

**RECEIVED**
HARRISBURG, PA

AUG 0 5 2011

MARY E. D'ANDREA, CLERK
Per _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE MIDDLE COURT
228 WALNUT STREET
HARRISBURG, PA. 17108

**Inmate Mail - PA DEPT OF CORRECTIONS**

1710131727 C008